DESBECKER et al., Respondents, v. CAUFFMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Benjamin Desbecker and others against David M. Cauffman and another. No opinion. Order affirmed, with $10 costs.

---

DOMESTIC & FOREIGN MISSIONARY SOC. OF PROTESTANT EPISCOPAL CHURCH, Respondent, v. GODWIN, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by the Domestic & Foreign Missionary Society of the Protestant Episcopal Church against Thomas S. Godwin. W. L. Stone, for appellant. J. V. Olcott, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 64 N. Y. Supp. 1134.

---

DOUGHERTY, Respondent, v. THOMPSON et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. June 22, 1900.) Actions by J. Hampden Dougherty, as trustee, against Jennie M. Thompson and others. E. Conway, for appellants. C. C. Hoge, for respondent. No opinion. Reargument ordered. See 59 N. Y. Supp. 608.

---

DOVALE et al., Respondents, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by David Dovale and others against Alice Miller. A. Mayer, for appellant. W. A. Boyd, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

DYER, Appellant, v. WRIGHT et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by John Dyer against Frank Wright and Edgar W. Philo. No opinion. Judgment and order affirmed, with costs.

---

EARLY v. O'BRIEN. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Daniel J. Early against James O'Brien, as executor. No opinion. Motion for reargument denied. See 64 N. Y. Supp. 848.

---

In re EDMUNDS. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) In the matter of judicial settlement of the accounts of William E. Edmunds, as administrator, etc.

PER CURIAM. Ordered, that the appeal be dismissed, with costs of the appeal, including $10 costs of this motion, unless within 10 days the appellant gives the security required by section 2577 of the Code of Civil Procedure, and within 20 days pays the costs of this motion and files and serves the printed papers on appeal. Held, that the papers from the appellate division were to be returned, not to the county clerk's office, but to the surrogate's office of Livingston county, and that the judgment to be entered thereon was to be entered by the surrogate, and not the county clerk. See section 2585 of the Code of Civil Procedure.

---

EIMER, Respondent, v. WEBER, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) Action by Barbara Eimer against Lena Weber (the name Lena being fictitious; real first name unknown to plaintiff). No opinion. Judgment of the municipal court affirmed, with costs.

---

In re ELLIOTT. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) In the matter of the appointment of a receiver in supplementary proceedings as to pension property of Andrew J. Elliott in the action of William B. Morse and another against Andrew J. Elliott and Sarah J. Elliott. No opinion. Order affirmed, with $10 costs and disbursements.

---

ELSNER, Respondent, v. LEECH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by Wolf M. Elsner against John W. Leech and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

ELSTERMAN, Respondent, v. KAHLEN, Appellant. (City Court of New York, General Term. December, 1899.) Action by Ferdinand Elsterman against Cornelius Kahlen. Charles Oakes, for appellant. Heyn & Covington (Herbert A. Heyn, of counsel), for respondent. No opinion. Judgment affirmed, with costs.

---

EMPIRE GLASS CO., Respondent, v. SLOCUM et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by the Empire Glass Company against Benjamin F. Slocum and others. No opinion. Judgment affirmed, with costs.

---

ENGEL, Respondent, v. SILLCOCKS, Appellant. (City Court of New York, General Term. July 11, 1900.) Action by Samuel Engel against James H. Sillcocks. From a judgment in favor of the plaintiff, and an order denying a motion for new trial, defendant appeals. Affirmed. George W. Gibbons, for appellant. Samuel S. Koenig, for respondent.

CONLAN, J. The action was brought to recover damages alleged to have resulted from the negligence of the defendant's workmen in removing a quantity of water from the roof of 124 Prince street in this city. In attempting to clear out the conductor pipe leading from the roof to the sewer in the cellar, the workmen removed a trap or cover, and made a hole in the pipe itself, and the water came down with such force and in such volume as to flood the cellar and damage a quantity of tobacco stored there. There is no serious dispute upon the facts of the case. The judge charged the jury upon the whole question, and no exception was taken by the defendant to any portion thereof. It was peculiarly the province of the jury to determine the questions of fact submitted, and we are not inclined to disturb the conclusion arrived at. No serious